COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

Name __Walker   Jeffery   E__
   (Last)            (First)            (Initial)

Prisoner Number __E11343__

Institutional Address __CMF P.O. Box 2000__
__Vacaville CA. 95696-2000__

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

__Jeffery Eugene Walker__
(Enter the full name of plaintiff in this action.)

vs.

__John doe 1__
__John doe 2__
__Jane doe - senior deputy__

(Enter the full name of the defendant(s) in this action)

Case No. CV 08 0802 CRB (PR)
(To be provided by the clerk of court)

COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
42 U.S.C §§ 1983

E-filing

[All questions on this complaint form must be answered in order for your action to proceed.]

I.   Exhaustion of Administrative Remedies

[Note: You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.   Place of present confinement __California medical Facility__

B.   Is there a grievance procedure in this institution?
     YES (X)   NO ( )

C.   Did you present the facts in your complaint for review through the grievance procedure?
     YES (X)   NO ( )

D.   If your answer is YES, list the appeal number and the date and result of the appeal at

COMPLAINT                    - 1 -

1   each level of review. If you did not pursue a certain level of appeal, explain why.

2   1. Informal appeal _____

5   2. First formal level _____

8   3. Second formal level _Sergeant enterviewed at_
9   _san francisco Jail Jan-06_____

11  4. Third formal level _____

14  E.  Is the last level to which you appealed the highest level of appeal available to you?
15       YES (X)     NO ( )
16  F.  If you did not present your claim for review through the grievance procedure, explain
17  why. _____

20  II.  Parties

21  A.  Write your name and your present address. Do the same for additional plaintiffs, if any.
22      _Jeffery E. Walker F11343_
23      _CMF P.O. Box 2000_
24      _Vacaville CA. 95696-2000_
25  B.  Write the full name of each defendant, his or her official position, and his or her place of
26      employment.
27      _John doe 1  Floor officer C-J-8  San Francisco Jail_
28      _John doe 2  unknow assigned post - San Francisco Jail_
        _Jane doe    San Francisco County Jail senior deputy_

COMPLAINT                                -2-

1        *see Added page*

3

4    III.    Statement of Claim

5        State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

9        *see Added page*

22    IV.    Relief

23        Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

25        *see Added page*

COMPLAINT        - 3 -

Grounds:

1. Violations of Eighth Amendment clause Misuse of force by the cruel and unusaul
2. punishment clause as well as the fourteenth Amendment as well as fourth Amendm-
3. endment were officers acted in Malice

III.   Statement of claim

on or about december 18-05 the plaintiff Jeffery Walker was incarcerated at San-Francisco county Jail CJ-8 Housing unit during events described in this complaint

2. defendants Officers John doe 1 and John doe 2 are county jail officers employed by the city and county of sanFrancisco county Jail. They are being sued in there Individual capacity.

3. Defendent Jane doe is the supervisor senior officer who was present and had Failed to intervene and stop defendents John doe 1 and John doe 2 Jane doe also failed to report this to her supervisor to have officers disciplined therefore she is being sued in her official capacity as supervisor.

4. all defendents have acted and continue to act under color of state law at all times relevant to this complaint.

5. On or about December 18 05 at aproxamatly seven thirty or so plaintiff was let out of his cell in hand cuffs by officer John doe 1 to get a shave in another room before his court scheduled the next day.

6. While walking with officer john doe plaintiff made a coment to a female friend who had made a coment to plaintiff.

7. Officer John doe then Slamed plaintiff aginst the window face first and then took plaintiff to the ground while defendent hit plaintiff several times in face and body and called plaintiff derogatory names.

8. Officer John doe then called another officer John doe 2 who assisted in The excessive use of force draging plaintiss to his cell.

Statement of Claim
Added Page

9. while at plaintiffs cell officer John doe 1 and John doe 2 had plaintiff laid on the ground were officer john doe two steped on plaintiffs hand with his boot causing pain and briusing.

10. both officers called plaintiff names humiliatig and demening plaintiff further cuasing mental health issues were plaintiff will be affected for life and now suffers from paranoia and other issues thats hospitalized plaintiff.

I swere under the penalty of perjury that the foregoing statements presented are true and to the best of my ability to recall.
it should also be noted that plaintiff was not resisting during any of the acts noted. x *Jeffery Walker* ----------Date- 1-26-08----------
*Jeffry walker*

Demand and Request for jury trial noted

1.compensentory damages in the following amounts:

A.100.000 jointly against defendants John doe 1 and John doe 2 for the physica injuries and emotional as well as mental health issues sustained as a result of the plaintiffs beating,and causing of both medical and mental health issues

2.50.000 against Jane doe supervisory official senior deputy who was present during acts and had failed to stop or intervene cuasing physical and emotion al and mental health issues due to her neglegence to adequatly intervene.

Punative Awardsin the following amounts

50.000 dollars each against officer John doe 1 and John doe 2

20.000 against Jane doe supervisor senior deputy.

And any other Judgements the court deems appropriate that I dont
Know of
Grant such relief as it may appear that plaintiff is entitiled.

Request For Counsel

Reasons Noted for request

1. I am an E.O.P Inmate at vacaville State prison. E.O.P Is Extended out patient Program for mental health patients who have mental illnesses that in able the to function on a main line.

2. My mental illness as noted in exhibit causes me to not stay focused were I loose my concentration and or am so depressed that I just dont finish what I Start.

3. Also because of the seriousness of the claim against both the medical mental health department Makes it unlikely I could Investigate the facts and gather witnesses who were present at the time.

A. This will also require Extensive documentary discovery, depositions of jail and mental health officials. or access to witnesses I cannot get to, such as, inmates thats been released or sent to various prisons etc. please note that the Sanfrancisco general hospital has a policy stating they no longer will give incarcerated inmates copies of medical or mental health records.

B there will be possible conflicting evidence implicating the need for cross examination, will be important to the case. I do expect the facts to be disputed as I am now an inmate in prison to were the defendant will have experienced attornees who will use this against me in defense to get away from the issues at hand complained of.

C there are factors legaly that will and have presented great difficulty for me when it comes to research, I have never graduated and my mental health condition will gravely affect me.

D there are also complex and difficulty of the case. were Im not sure who all to sue and what all laws cival violated

Continued Page For
Request for Counsel

3 E. Also the fact that the case will be tried infront of a jury presents a
4 problem. I do not have a high degree of trial skills.
5 F. Infact Tommorow I may not even feel like responding to any court orders
6 because of my mental condition.
7 Well This request is respectfult submited.

Thank You

3 While at sanQeuntin State Prison I had Been Under mental health treatment and
4 Have been having problems mental health wise were I suffer from several mental
5 That have cuased me  not to be able to concentrate or complete projects nor do
6 I stay focused.I am still Under treatment  but am doing my best to try and file
7 this complaint.
8 I wrote the jail and requested Forms  to No avail.They refuse to respond to any
9 of my letters.
10 So I contacted Internal Affairs  415 554-2380 Agent Quantico who came to The
11 Prison and Interviewed me concerning this claim and several other claims I told
12 Them about.
13
14 I Jeffery Walker Swere under Penalty of Perjury the foregoing statement is True
15 X--  *Jeffery Walker*  --Date---,     1-28-08
16 You can call the number noted above and ask for Agent Quantico
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| 1 | _____ |
| 2 | _____ |
| 3 | _____ |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __27__ day of __January__, 20_08_

_____Jeffery Warker_____
(Plaintiff's signature)

COMPLAINT                                              - 4 -

Evidence E.O.P For
Appointment of counsel

EXHIBIT B

California Medical Facility — **CASE MANAGER PROGRESS NOTE for Bipolar I Disorder** — Department of Corrections and Rehabilitation

| Number | Last | First | House | Date | |
|---|---|---|---|---|---|
| F11343 | Walker | Jeffery | L-314S | 12/6/06 | CMF |

**The Controlling Axis I Diagnosis for this patient is:**
Bipolar I Disorder, Most Recent Episode Depressed, Severe with Psychotic Features

**Axis II**
Paranoid Personality Disorder

**Axis III**

Pandering

Previous Suicide Attempts: Yes
Number of Previous Attempts: 4
Year of Last Attempt: 2006

Keyhea Expires: 
Release Date: 1/10/15
Current Bipolar Score: 27
Previous Bipolar Score:

| Current Problem List | Current Status | Risk Assessment |
|---|---|---|
| Hypomania | Remains the same | Suicide: Low |
| Paranoia | Appears to be getting worse | Aggressive: Low |
| Suicidal Threats | Denies current suicide ideation | Self-Injury: Medium |
| Reason Seen: Consult | Date Seen: 12/4/06 | Unpredictable: Low |

**Plan from last MH-2**
Because of inmate's hypomania, paranoia, and threats to cut his wrists he should be considered for Keyhea in the future if he acts on his threats or otherwise meets Keyhea criteria. He was changed from CCCMS to GP on 7/3/06 but will be changed back to CCCMS per 11/22/06 IDTT decision. According to the NP he is no longer in need of OHU so will probably transfer soon to a CCCMS LOC unit.

**Subjective**
Patient returned to I-3 from L-3 on 12/3/06. He reported the following sxs as a result being double-celled: increased anxiety, shortness of breath, & flashbacks. He stated, "I'm like a time bomb", when reporting his emotional state. He reported AH that told him to get cellee before he gets to him; but stated that he may harm self first. He felt as though he was in harm's way because of family member in law enforcement & testimonial against custody staff in previous legal case. Also, endorsed having ESP as per "God's blessing."

**Objective**
Patient was casually dressed & neatly groomed. He was ambulatory; slender. He was cooperative & communicative. Mild psychomotor agitation noted. Speech rate, rhythm, & volume were WNL. Mood was dysthymic, affect was tearful, anxious. Thought content was on housing issues & safety; thought process was circular & illogical, but directable. Insight & judgment appeared to be poor. Patient denied any SI, endorsed possible harm to self, & maybe cellee. Endorsed AH; denied VH.

**Assessment**
Patient was oriented X3. He appeared to be more distressed & hypervigilant than at interview a few days ago. He was interviewed by Dr. McCarver & this writer. Referral to an Intermediate LOC Facility was considered, but not needed given patient's claim that he would harm self before others if not in single cell. At this time, he continues to not seem appropriate for CCCMS LOC.

**Plan**
Referred to Dr. James for medication evaluation. Patient refused medication. He will be referred to EOP LOC with temporary single cell until patient can be stabilized enough to return to CCCMS LOC.

**Education**

Date Arrived on Wing: 6/26/06
Clinician: Mitchell

CASE MANAGER PROGRESS NOTES — MH 3 — CCCMS
Confidential Patient/Client Information
Department of Corrections — State of California
Date Printed: 12/6/06

CDC#: F11343
Last: Walker  First: Jeffery
DOB: 9/18/63  Institution: CMF
Eth: Bla  House: L-314s

California Medical Facility — **CASE MANAGER PROGRESS NOTE for Bipolar I Disorder** — Department of Corrections and Rehabilitation

| Number | F11343 | Last | Walker | First | Jeffery | House | G-311L | Date | 12/1/06 | CMF |

**The Controlling Axis I Diagnosis for this patient is:**
Bipolar I Disorder, Most Recent Episode Depressed, Severe with Psychotic Features

**Axis II**
Paranoid Personality Disorder

**Axis III**

**Pandering**

Previous Suicide Attempts: Yes
Number of Previous Attempts: 4
Year of Last Attempt: 2006

Keyhea Expires Release Date: 1/10/15

Current Bipolar Score: 27
Previous Bipolar Score:

**Current Problem List**
- Hypomania
- Paranoia
- Suicidal Threats

**Current Status**
- Appears to be getting worse
- Appears to be getting worse
- Denies current suicide ideation

**Risk Assessment**
- Suicide: Low
- Aggressive: Low
- Self Injury: Medium
- Unpredictable: Low

Reason Seen: Consult   Date Seen: 12/1/06

**Plan from last MH-2**
Because of inmate's hypomania, paranoia, and threats to cut his wrists he should be considered for Keyhea in the future if he acts on his threats or otherwise meets Keyhea criteria. He was changed from CCCMS to GP on 7/3/06 but will be changed back to CCCMS per 11/22/06 IDTT decision. According to the NP he is no longer in need of OHU so will probably transfer soon to a CCCMS LOC unit.

**Subjective**
Consult requested by Unit I CC2 Prebula. Patient stated that he arrived at I-1 this afternoon & found that his 'S' suffix had been removed. He reported that he had single cell due to hx of violence toward cellee as result of "inappropriate touching" by a cellee in 1994. He attempted suicide & later became violent toward all cellees. He stated that he has thoughts of harming his cellee, but doesn't want to hurt him. He feels angry, depressed, irritable, intrusive thoughts of past assault, & paranoia regarding current situation have increased.

**Objective**
Patient was casually dressed & neatly groomed. He was ambulator; slender. He was cooperative & communicative. No psychomotor agitation noted. Speech rate, rhythm, & volume were WNL. Mood was dysthymic, affect was tense, anxious. Thought content was on single cell needs; thought process was circumstantial, but directable. Insight & judgment appeared to be poor. Patient denied any SI, endorsed desire to harm cellee. No VH/AH endorsed or observed.

**Assessment**
Patient was oriented X3. He presented as distressed & hypervigilant. He is unpredictable per his report & presentation. As patient had just arrived to CCCMS, he had not yet received an interview or assessment by the team. At this time, he doesn't appear to be appropriate for placement in CCCMS; but requires a higher LOC.

**Plan**
Custody officers, CC2 Prebula & CC1 Haley, were advised & agreed to move patient to higher level of care. Patient was moved to EOP status for further evaluation & determination of appropriate housing needs.

**Education**

Date Arrived On Wing: 6/26/06    Clinician: Mitchell

CASE MANAGER PROGRESS NOTES
MH 3
Confidential Patient/Client Information
Department of Corrections and Rehabilitation   State of California

GP

CDC#: F11343
Last: Walker   First: Jeffery
DOB: 9/18/63   Institution: CMF
Date Printed: 12/1/06   Eth: Bla   House: G-311l

California Medical Facility     **CASE MANAGER PROGRESS NOTE**     Department of Corrections and Rehabilitation
for
Bipolar I Disorder

| Number | F11343 | Last | Walker | First | Jeffery | House | G-311L | Date | 12/1/06 | CMF |

**The Controlling Axis I Diagnosis for this patient is:**
Bipolar I Disorder, Most Recent Episode Depressed, Severe with Psychotic Features

**Axis II**
Paranoid Personality Disorder

**Previous Suicide Attempts:** Yes    **Number of Previous Attempts:** 4

**Axis III**

**Year of Last Attempt:** 2006

Pandering     **Keyhea Expires**    **Release Date** 1/10/15    **Current Bipolar Score** 27    **Previous Bipolar Score**

| Current Problem List | Current Status | Risk Assessment |
|---|---|---|
| Hypomania | Appears to be getting worse | Suicide: Low |
| Paranoia | Appears to be getting worse | Aggressive: Low |
| Suicidal Threats | Denies current suicide ideation | Self Injury: Medium |
| **Reason Seen** Consult | **Date Seen** 12/1/06 | Unpredictable: Low |

**Plan from last MH-2**
Because of inmate's hypomania, paranoia, and threats to cut his wrists he should be considered for Keyhea in the future if he acts on his threats or otherwise meets Keyhea criteria. He was changed from CCCMS to GP on 7/3/06 but will be changed back to CCCMS per 11/22/06 IDTT decision. According to the NP he is no longer in need of OHU so will probably transfer soon to a CCCMS LOC unit.

**Subjective**
Consult requested by Unit I CC2 Prebula. Patient stated that he arrived at I-1 this afternoon & found that his 'S' suffix had been removed. He reported that he had single cell due to hx of violence toward cellee as result of "inappropriate touching" by a cellee in 1994. He attempted suicide & later became violent toward all cellees. He stated that he has thoughts of harming his cellee, but doesn't want to hurt him. He feels angry, depressed, irritable, intrusive thoughts of past assault, & paranoia regarding current situation have increased.

**Objective**
Patient was casually dressed & neatly groomed. He was ambulatory, slender. He was cooperative & communicative. No psychomotor agitation noted. Speech rate, rhythm, & volume were WNL. Mood was dysthymic, affect was tense, anxious. Thought content was on single cell needs; thought process was circumstantial, but directable. Insight & judgment appeared to be poor. Patient denied any SI, endorsed desire to harm cellee. No VH/AH endorsed or observed.

**Assessment**
Patient was oriented X3. He presented as distressed & hypervigilant. He is unpredictable per his report & presentation. As patient had just arrived to CCCMS, he had not yet received an interview or assessment by the team. At this time, he doesn't appear to be appropriate for placement in CCCMS; but requires a higher LOC.

**Plan**
Custody officers, CC2 Prebula & CC1 Haley, were advised & agreed to move patient to higher level of care. Patient was moved to EOP status for further evaluation & determination of appropriate housing needs.

**Education**

**Date Arrived on Wing:** 6/26/06     **Clinician:** Mitchell

CASE MANAGER PROGRESS NOTES
MH 3
Confidential Patient/Client Information

GP

| CDC# | F11343 |
| Last | Walker |
| First | Jeffery |
| DOB | 9/18/63 |
| Institution | CMF |
| Eth | Bla |
| House | G-311L |

Date Printed

Important Notice in filing to the court

If the court has qeustions as to the filing if late I would note the following:

1. I have been under mental health treatment since 2005 and have been continousl in mental health ever since in wich has made my ability ti file at times dif ficult do to a mental condition that inables me to stay focused or concentra and other mental health issues.

See: Attached documents Medical also filed in a suit seperate from this claim.

2. I Put in for notice of proof of funds prior to any due dates and have inclose a copy report date 12-13-07 sent in 12-11 07 and just recieved on January 4 07 notice for pick up date.

3 a copy of Legal deadline ducat is also placed in these documents of proof.

I swere under penalty of perjury theforgoing statements are true to my best ability to recall.x---*Jeffery Walker*---xDate---*1-19-08*---------

Jeffery walker f 11343

Jeffery Walker F11545
CMF P.O. Box 2000
Vacaville CA, 95696-2000

CA MEDICAL FACILITY

RECEIVED
FEB -1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

U.S. Court House
450 Golden Gate Ave
San Francisco CA. 94102-34