E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRB

Jeffery Eugene Walker
Plaintiff,

vs.

John doe 1
John doe 2
Jane doe senior deputy
Defendant.

CV 08     0802

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

(PR)

I, **Jeffery Walker**, declare, under penalty of perjury that I am the plaintiff in the above entitled case, and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed?          Yes _____  No __✓__

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __N/A_____          Net: __N/A_____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

1 | and wages per month which you received. (If you are imprisoned, specify the last place of
2 | employment prior to imprisonment.)
3 | ___Mr. wonderful entertainment business owner___
4 | _____
5 | _____

6 | 2.    Have you received, within the past twelve (12) months, any money from any of the following
7 | sources:

    a.    Business, Profession or self employment    Yes ____ No ✓

    b.    Income from stocks, bonds, or royalties?    Yes ____ No ✓

    c.    Rent payments?    Yes ____ No ✓

    d.    Pensions, annuities, or life insurance payments?    Yes ____ No ✓

    e.    Federal or State welfare payments, Social Security or other government source?    Yes ____ No ✓

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____
_____

3.    Are you married? _seperated 14yrs_    Yes ____ No ____
Spouse's Full Name: ___Angela Marie Walker (Thomas)___
Spouse's Place of Employment: ___unknown___
Spouse's Monthly Salary, Wages or Income:
Gross $___N/A___    Net $___N/A___

4.    a.    List amount you contribute to your spouse's support: $___none___
    b.    List the persons other than your spouse who are dependent upon you for support

and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

My family has custody of our kids
_____

5.   Do you own or are you buying a home?   Yes ___ No ✓

Estimated Market Value: $ _____   Amount of Mortgage: $ _____

6.   Do you own an automobile?   Yes ___ No ___

Make _____ Year N/A Model _____

Is it financed? Yes ___ No ___ If so, Total due: $ _____

Monthly Payment: $ _____

7.   Do you have a bank account? Yes ✓ No ___ (Do not include account numbers.)

Name(s) and address(es) of bank: Wells Fargo
_____

Present balance(s): $ Negative

Do you own any cash? Yes ___ No ✓ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No ✓
_____

8.   What are your monthly expenses?

Rent: $ I'm in custody   Utilities: _____

Food: $ _____   Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| N/A | $ — | $ — |
| N/A | $ — | $ — |
| N/A | $ — | $ — |

9.   Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

1  _____
2  _____
3  10.  Does the complaint which you are seeking to file raise claims that have been presented in
4  other lawsuits?  Yes ____  No __✓__
5  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which
6  they were filed.
7  _____
8  _____

   I consent to prison officials withdrawing from my trust account and paying to the court the
initial partial filing fee and all installment payments required by the court.
   I declare under the penalty of perjury that the foregoing is true and correct and understand
that a false statement herein may result in the dismissal of my claims.

_1-27-08_          _Jeffrey Warner_
DATE              SIGNATURE OF APPLICANT

                  _Jeffrey Eugene Warner_

Case Number: _____

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT          F11343

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __WALKER, J.__ for the last six months at
[prisoner name]

__CMF__ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __0__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __0__.

Dated: _12-13-07_                    ___M. Abrared___
                                     [Authorized officer of the institution]

```
REPORT ID: TS3030 .701                                                    REPORT DATE: 12/13/07
                                                                          PAGE NO:        1
                         CALIFORNIA DEPARTMENT OF CORRECTIONS
                              CALIFORNIA MEDICAL FACILITY
                            INMATE TRUST ACCOUNTING SYSTEM
                            INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: JUL. 13, 2007 THRU DEC. 13, 2007

ACCOUNT NUMBER  : F11343                       BED/CELL NUMBER: MIL10000000136S
ACCOUNT NAME    : WALKER, JEFFERY                      ACCOUNT TYPE: I
PRIVILEGE GROUP:  A

                               TRUST ACCOUNT ACTIVITY

          << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                               TRUST ACCOUNT SUMMARY

   BEGINNING       TOTAL          TOTAL        CURRENT        HOLDS       TRANSACTIONS
    BALANCE      DEPOSITS      WITHDRAWALS     BALANCE       BALANCE      TO BE POSTED
   ---------    ----------    -------------   ---------     ---------     ------------
      0.00         0.00           0.00          0.00          0.00           0.00

                                                                 CURRENT
                                                                AVAILABLE
                                                                 BALANCE
                                                               -----------
                                                                   0.00
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 12-13-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
       TRUST OFFICE