FILED

08 APR -7 PM 5:03

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEFFERY E WALKER,  )   No. C 08-0802 CRB (PR)
    plaintiff   )
                       )   MOTION
vs                     )   Brief In Opposition
                       )   To Dismiss and Amend
JOHN DOE, et al.,   )
-----------------------)   Discovery motion

Rule 26 through 37, fed.R civ.p If not current please understand that I am not experienced at law but am trying to get the names of the John Does mentioned including all medical staff jane does and all documents needed to correctly state wich party did what that violated my rights.

                    Request the Following

1. Any and all Excessive Force documents in Jan 2006 ending on the 17 of Jan
2. Any and all court order grooming and dates and times groomed and staff in CJ-8 Who Accompinied me. ( CJ-8) unit
3. Any and all Cell Housing numbers at that same time.
4. Any and all Names of inmates housed in CJ-8 Jan1 to jan 17 C section only.
5. Any and All Internal Affairs from jail investigation reports, Referals and any grievances filed Jan 1 to Jan 17 2006

Any and all supervisor Exessive force reports or documented info Jan 2006

1

2 Any and all Sr deputies working CJ-8  Early evening shift from

3 Dec 2005 to Jan 10-06   Specificaly Dec.18 5005  % P.M.

4

5 This information is neacassary in getting the names and other info

6 needed to identify all parties.

7                Also rquest & Demand for Jury Trial

8              After the submitted info requested

9                    by the court to Amend

10                                              Sicerly Jeff Walker

11

12

13

14

15

16

17

18

19

20

Case Name: _Jeffery E Walker v John Doe_
Case Number: _No C08-0802 CRB (PR)_
Court: _U.S. Northern District_

## PROOF OF SERVICE BY MAIL

I, _Jeffery Walker_ declare:

That I am over the age of eighteen years of age and am not a party to the above entitled cause of action. That I reside in Solano County, California at the California Medical Facility, at 1600 California Drive, P.O. Box 2500, Vacaville, California, 95696-2500.

That on _3-30-08_ I served the attached: a true copy of the attached:

_Motion- Brief in opposition to Dismiss and Amend discovery motion_

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal legal mail collection system at the California Medical Facility, Vacaville, California, addressed as follows:

_Office of clerk U.S. District court Northern District of California, 450 Golden Gate Av S.F. CA. 94102_

I declare under penalty of perjury and under the laws of the State of California that the foregoing is true and correct. That this proof of service was executed on the _3-30-08_ at California Medical Facility, Vacaville, California.

_Jeffery Walker_
Declarant

_Jeffery Walker_
Declarant's Signature

**FILED**

MAR 14 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEFFERY E. WALKER, | ) | |
| Plaintiff(s), | ) | No. C 08-0802 CRB (PR) |
| vs. | ) | ORDER OF DISMISSAL WITH LEAVE TO AMEND |
| JOHN DOE, et al., | ) | |
| Defendant(s). | ) | |

Plaintiff, a prisoner at the California Medical Facility in Vacaville, has filed a pro se complaint for damages under 42 U.S.C. § 1983 alleging that on December 18, 2005, while he was at the San Francisco County Jail, two correctional officers slammed him against a window, hit him in the face and body, forcibly dragged him to his cell and called him derogatory names. Plaintiff only names Doe defendants.

**DISCUSSION**

A. <u>Standard of Review</u>

Federal courts must engage in a preliminary screening of cases in which prisoners seek redress from a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The court must identify cognizable

claims or dismiss the complaint, or any portion of the complaint, if the complaint "is frivolous, malicious, or fails to state a claim upon which relief may be granted," or "seeks monetary relief from a defendant who is immune from such relief." Id. § 1915A(b). Pro se pleadings must be liberally construed, however. Balistreri v. Pacifica Police Dep't, 901 F.2d 696, 699 (9th Cir. 1990).

To state a claim under 42 U.S.C. § 1983, a plaintiff must allege two elements: (1) that a right secured by the Constitution or laws of the United States was violated, and (2) that the alleged violation was committed by a person acting under the color of state law. West v. Atkins, 487 U.S. 42, 48 (1988).

B.    Legal Claims

Although regrettable, plaintiff's allegations that correctional officers called him derogatory names is not enough to implicate the Eighth Amendment. See Oltarzewski v. Ruggiero, 830 F.2d 136, 139 (9th Cir. 1987) (directing vulgar language at prisoner does not state constitutional claim). But plaintiff's allegations of use of excessive force may well state a claim for damages under § 1983. See Hudson v. McMillian, 503 U.S. 1, 6-7 (1992) (use of force maliciously and sadistically to cause harm violates 8th Amendment's proscription against cruel and unusual punishment). In order to proceed, however, plaintiff must identify the Doe defendants, and amend his complaint to name them and set forth specific facts showing how each individual defendant violated his rights. See Wakefield v. Thompson, 177 F.3d 1160, 1163 (9th Cir. 1999). Plaintiff will be afforded 30 days from the date of this order to identify the unknown Doe defendants and amend his complaint.

**CONCLUSION**

For the foregoing reasons, the complaint is dismissed with leave to amend, as indicated above, within 30 days of this order. The pleading must be simple

2

1 | and concise and must include the caption and civil case number used in this order
2 | and the words FIRST AMENDED COMPLAINT on the first page. Failure to
3 | file a proper amended complaint within the designated time will result in the
4 | dismissal of this action.

5 | Plaintiff is advised that the amended complaint will supersede the original complaint and all other pleadings. Claims and defendants not included in the amended complaint will not be considered by the court. See King v. Atiyeh, 814 F.2d 565, 567 (9th Cir. 1987).

SO ORDERED.

DATED: March 14, 2008

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.08\Walker, J3.dwlta.wpd

3

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JEFFERY EUGENE WALKER,　　　　　　　Case Number: CV08-00802 CRB

　　　　　Plaintiff,　　　　　　　　　　　　**CERTIFICATE OF SERVICE**

v.

JOHN DOE 1 et al,

　　　　　Defendant.
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 14, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jeffery E. Walker F-11343
CMF
P.O. Box 2000
Vacaville, CA 95696-2000

Dated: March 14, 2008

　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　By: Barbara Espinoza, Deputy Clerk

Jeffery E. Walker F-11343
CMF
P.O. Box 2000
Vacaville, CA 95696-2000

CV08-00802 CRB

M<sup>r</sup>. [illegible] 3
CMF P.O. Box 2000
Vacaville CA. 95696-2000

Office of The Clerk U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco Ca, 94102

Confidential
Legal mail

**LEGAL MAIL**

CA MEDICAL FACILITY
FIRST CLASS

USPS $01.48 APR 04 2008
MAILED FROM ZIP CODE 95687