IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
08 JUN 24 PM 4:04
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jeffrey Walker ) No. C 08-0802 CRB(PR)
)
   plaintiff ) Motion
)
vs ) and request to Amend The doe defendants
)
Doe James ) and a request for extension of Time
)
John Doe 2 ) due to an order needed to subpoena documents
)
Jane doe supervisor ) to get the names
-------------------------

On April 15-2008 an order was made ordering the plaintiff to Amend the Doe defendants allowing 60 days to do so. Please note that on 3-29-08 Plaintiff wrote the sheriff Legal Department requesting the Investigation reports that were did by Internal Affairs unit so he could get the names of the doe defendants. What plaintiff recieved was a name of Sherriff officer James and Plaintiff could not gethar anymore info with out a Subpoena order. please see: Exhibit A Enclosed of Notification from Sherriff Legal and proof of service of my Request. Therefore I am requesting an extension of time  so i can get the Names and a court order by way of Subpoeana issued to the following parties;

1. SanFrancisco Sherriff legal Services to Provide all Investigation reports
   and to Provide all names gathered during Investigations including taped
   interviews wich may be needed as evidence to Support Plaintiffs Claim
2. Request for the production of Documents by the SAnfrancisco county
   Jail Including all Grievances, All taped Interviews all Escessive
   force reports, All cell Movements and to provide Post orders of
   December 18 Late After noon early evening shift Including Sr. deputies
   and seargants. Also The names of All Captains CJ 1, CJ 2 CJ 8 at the Jail

1. The name on the filing should be Jeffrey Walker and not Jeffery
2. please correct and I would Like to place a name on one of the Doe defendants
3. as noted in this document Doe James.
4. 
5. Please note that I have Also Written the S.F County Jail Requesting Info
6. Grievances Investigations Etc and Have been ignored. This is why the request
7. is so important to insure the fairness of the claim. Thank You.
8. Sicerily Submitted and I Swere Under the penalty Of PerJury the foregoing
9. statements are true and why this request should be honered.
10. x__*Jeffrey Walker*__ Date __June 9-08__
11. *Jeffrey Walker*

2



Exhibit A

# City and County of San Francisco

## OFFICE OF THE SHERIFF



**Michael Hennessey**
**SHERIFF**

(415) 554-7225

May 29, 2008
Ref: AL 2008-062

Jeff Walker F11343
CMF P.O. Box 2000
Vacaville, CA 95696-2000

Dear Mr. Walker,

    I am writing in response to your letter requesting the records of the investigation of assaults on you. I am enclosing a copy of your medical records obtained at your request with your signed release and a taped copy of your interview. Any other investigation records are only available by subpoena.

Sincerely,

Freya A. Horne
Assistant Legal Counsel

enclosures:    Transcript of Interview
                  Investigation Report

| | |
|---|---|
| Case Name: | Jeffery Walker V John & Jane does |
| Case Number: s | 1.C-08-0801   2. c-08-0802  3.C-08-0757 CRB PR leave to Amend |
| Court: | UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT CA. |

## PROOF OF SERVICE BY MAIL

I, __Jeffery Walker__ declare:

That I am over the age of eighteen years of age and am not a party to the above entitled cause of action. That I reside in Solano County, California at the California Medical Facility, at 1600 California Drive, P.O. Box 2500, Vacaville, California, 95696-2500.

That on __3-29-08__ I served the attached: a true copy of the attached:

sheriff legal counsel Letter sent in nov to & New letter & Documents
court cival
notive 7 case #
       Board Of Supervisors
       1Dr.carlton B Goodlett Pl # 244
       SanFrancisco Ca. 94102

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal legal mail collection system at the California Medical Facility, Vacaville, California, addressed as follows:

Board of Supervisors
1Dr.carlton B Goodlett Pl # 244
SanFrancisco Ca 94102

I declare under penalty of perjury and under the laws of the State of California that the foregoing is true and correct. That this proof of service was executed on the __3-29-08__ at California Medical Facility, Vacaville, California.

__Jeffery Walker__                              __/s/ Jeffery Walker__
Declarant                                           Declarant's Signature

To Sheriff Legal counsel                                    Nov 26-07

My Name Is Jeff Walker Sr.

I have spoken To L.T. Quantico concerning The Investigation unto The Assaults complained about against the County Jail Officers and have been told to contact you.

1. I need a copy of all investigation reports
2. Names Of all officers involved who have been Identified
3. All Medical & Mental health reports from Sanfrancisco General & county Jail in wich I sighned a certificart giving consent to give to you.
4. Also any Info concerning Who was Identified as medical staff Involved with the cutting of my wrist three times in one day including officers who were present.
5. Any and all investigations unto the other acts of cutting wrist

I would like to know whats being done and not done weres am preparing to file suite against these parties. This info is strikely for legal purposes.

                     Mr Jeff walker F 11343
                     CMF P.O.Box 2000
                     Vacaville Ca.95696-2000

Please Forward To me at this adress Thank you

SanFrancisco County Jail Investigative

any Qeustions Contact L.T Quantico at 415 554-2380

                     Thank you !

To : Sanfrancisco General Hospital    10-25-07

This Is Jeff Walker a patient I am requesting all copies of any and all arivals & treatments during the mounths from May 25-07 to January 2006 Including any & all documents to referals & admittance to 7-L mental health including notations of injuries & medications provided. Medical # 16254301212 D.O.B 9-18-63 thats 9-18-63 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 S.O.C I am located at this mailing adress:

    Jeff Walker F-11343

    P.O.Box 2000

Vacau  Vacaville Ca.95696-2000

Respectfuly Requested Thank you.

Some Info was requested & sent to SanQuentin 1-25-06 however I need all documents from dates noted. Also If possible all documents that SanFrancisco county Jail may have as well # 2219428 was Jail # back then.

San Francisco General Hospital
November 7, 2007

JEFF WALKER F-11343
P O BOX 2000
VACAVILLE CA 95696

Your request for information for:

01625432   Walker, Jeffrey

CANNOT BE PROCESSED BECAUSE:

As of April 2003, we no longer provide records for incarcerated individuals due to HIPAA regulations. Please contact your primary care provider to obtain copies of your records for continuity of care.

If you have any questions, please contact us and we will be happy to further assist you.

Thank You.

Release of Information Section
Health Information Services Rm 2B1
San Francisco General Hospital
1001 Potrero Avenue
San Francisco, CA 94110
(415) 206-4432, (415) 206-8622

Jeffery Walker K11347
RMF P.O. Box 2000
Vacaville CA. 95696-2000

RECEIVED
JUN 2 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Northern District of CA
U.S. Court House
450 Golden Gate Ave
San Francisco CA. 94102

Legal mail